Vitaly B. Sigal, Esq. S.B.N. 198623
**SIGAL**
**LAW GROUP**
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 325-0570
Facsimile: (818) 325-0571

Attorney for Defendant, CELERINO JARAMILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 23-CR-00411-HDV |
| V. | **EXHIBITS IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER OF DETENTION; DECLARATION OF VITALY B. SIGAL** |
| CELERINO JARAMILLO | |

# EXHIBIT A

## SUPPORT LETTERS

1

Thursday, September 7, 2023 at 11:55:28 Pacific Daylight Time

**Subject:** Dear Your Honor,
**Date:**    Thursday, September 7, 2023 at 11:42:59 AM Pacific Daylight Time
**From:**    Lynette Leal
**To:**      Vitaly Sigal

Dear Your Honor,
my name is
Lynette Jaramillo I am the wife of Celerino Jaramillo we have been together for three years now and one year married. I have four children of my own ages 18,17,14 and 8 and Since the day I met Celerino I fell in love he has been a blessing to my and my kids life . He has showed me and my kids so much love you can't even imagine and treated them, as if they were his own. having him in our life makes our family complete. Celerino is a sweet, loving, funny , hard-working , caring person he is always looking out for others and their well-being especially his family he is someone you know you can count on when you need a helping hand or just to be there when you need someone.

He is a wonderful husband stepdad, uncle, brother, nephew, grandson, and man in general.Celerino has treated my children as if they were his own and cares for their well-being making sure they always have what they need in school and at home if they were to need help with any homework or school assignment he is there to show he cares that's one thing I do love the most about him he's a person who I know won't let you down . Celerino has brought so much joy and happiness to my life. I never thought there was Love like the way he loves me until I met him. Celerino is a good man who yes I know has made some bad choices, though he should not be defined by those choices we are all only human in this world and we all make mistakes.

Celerino has been a good husband to me and has changed his life around for the better he works at times helping me with my party business setting up jumpers tables and chairs at different events and parties. He also works with his dad doing camera and wire installation and sometimes with his brother who has a car detailing service. Celerino is a man with many different work trades and has also worked with a variety of agencies in different warehouses. Celerino is not only a hard worker. He is a family man who is always helping and looking out for his mother with his younger siblings and sisters with their kids always picking them up every chance he gets and taking them to eat or just to spend time out at the park All the kids love him and look up to him. Not having Celerino around has been hard for us as family.

I am writing this letter today to ask if you can please show my husband some leniency and give him the chance to Bond and come home with us, his family while he fights this case, and I assure you as a witness and signer of his pass bail that he will not run, nor is a flight risk. My husband's Celerino is a man of his word, and will show to court on time and ready. I myself am willing to sign whatever papers it is necessary to help my husband come home and make sure he is at court every date they give him it was said in court that my husband is a flight risk I assure you he is not the only time he has left the country was when we went on our mini vacation to Los Cabos and

celebration of our anniversary.



I and all his family all live here in California and my husband is willing to give up his passport to prove to the court that he will not leave nor try to run. Your Honor, if you can please take my letter into consideration, I would greatly appreciate it. Thank you and may God bless your heart for taking the time to read this letter.
***Thank You***,
***Lynette jaramillo***


█████████████
Los Angeles, CA ████
LynetteL2686@gmail.com

Thursday, September 7, 2023 at 11:54:22 Pacific Daylight Time

**Subject:** dear judge
**Date:**    Thursday, September 7, 2023 at 11:43:56 AM Pacific Daylight Time
**From:**    Lynette Leal
**To:**       Vitaly Sigal

dear judge
Hi judge, my name is Sebastian Hernandez I am 14 years old and Celerino is my stepdad now he has been with my mom for three years and they got married one year ago. he is a good person to me, my brothers and my little sister he is always been here to help us with whatever we need he takes good care of us and always likes to do family things with us which I like the most I really miss having him around he is now a big part of our family and I like that. Because I don't have my dad around me. He makes me feel like I do have a dad and I hope you can give him the chance to come out on bail, because we all miss him so much .

*Thank you,*
*Sebastian Hernandez*

Dear Judge my name is Symphony I am wirtenig this lettr for cele Jaramillo My stepdad he has been in are life for 3 years as I am getin to no him he is a very nices person he plays with me and sometime takes me Ivette abd Georgie to the park and he has always been their for us he helps us with are Homework so cam you pleuse give him a chanc because we really miss him and Love him thank You—Symphony Hernandez Georg Evet cele

Symphony

**Thursday, September 7, 2023 at 11:53:13 Pacific Daylight Time**

**Subject:** Dear judge
**Date:**      Thursday, September 7, 2023 at 11:44:16 AM Pacific Daylight Time
**From:**     Lynette Leal
**To:**         Vitaly Sigal

Dear judge

Hello, my name is Christopher Hernandez, and I am the son of Lynette Mr. Jaramillo's wife who is now my stepdad we have had him in our life going on three years Now and married to my mom one year now since I've known him he has been a good person to me my brothers and little sister he is always been there for us when we need something or help with our homework even school projects he is someone I now see as a father figure to me and my siblings I enjoy having him around. He is good to my mom and always likes to spend time with us as a family. I really do hope you can take it into consideration and give him the chance to get out on Bond so he can come back home .

*Thank You*,
*Christopher Hernandez*

1 of 1

**Thursday, September 7, 2023 at 11:54:39 Pacific Daylight Time**

**Subject:** Dear judge
**Date:**      Thursday, September 7, 2023 at 11:43:40 AM Pacific Daylight Time
**From:**      Lynette Leal
**To:**        Vitaly Sigal

Dear judge
My name is Mario Hernandez and I am Celerino Jaramillo's stepson He has been in our lives going on three years now and since I've known him and gotten to know him even more, he has been a great impact on our family. He is always there for my mom when she needs him to help her around the house if something gets broken or needs fixing and He has also been there for me and my younger siblings whenever we need guidance or help with homework he is the type of person I know me and my brothers and little sister can count on and I see him as a big part of our family if you can, please maybe give him a chance and consider his bond we will very much appreciate it .

*Thank you*,
*Mario Hernandez*

1 of 1

Thursday, September 7, 2023 at 11:55:08 Pacific Daylight Time

**Subject:** Dear your honor,
**Date:**    Thursday, September 7, 2023 at 11:43:19 AM Pacific Daylight Time
**From:**    Lynette Leal
**To:**      Vitaly Sigal

Dear your honor,
My name is Alicia Bustamante ,
I am the mother of Celerino Jaramillo he is my third child of seven children from my first marriage. Growing up he has always been a sweet, loving, caring son, who is always looking out for his brothers and sisters well being as well as myself, he is always calling me to make sure I am Ok. My son Celerino is now a handsome young man and loving husband who is always there for his family to lend a helping hand especially to me his mother and younger brother and sister, Georgie and Yvette, who I have fostered and now adopted since they were born and Are now 6 and 7 years old .


Georgie is my youngest and has ADHD and my son Celerino is always there to help me with him he is always picking up Georgie and spending time with him, taking him to the park or to eat showing him the brotherly love he needs Georgie and Yvette love their brother and look up to him. I do not like to lie to my kids though because they keep asking for him. It is hard for me to tell them where he is so I'll just say he is on vacation.
They miss him very much. My family is very united and not having him around is very hard for us as a family. My father has. 31 years as a narcotics, anonymous member, and is now the president throughout the 31 years of him attending his group.


Celerino since he was younger has attended from time to time. with his Thatha and Been there to lend a helping hand during events and gatherings as well as at home with whatever his grandparents may need they know they can count on him. He has always had a strong, wonderful relationship with my dad his Thatha as well as his uncles brothers and sisters including my son and daughter, Yvette, and and Georgie who always has been treated, the same as if I had gave birth to them . Your honor if you can please find it in your heart to let my son Celerino have the chance and opportunity to fight his case on the outside and spend
the most time he can with us his family especially my little ones and myself who miss him tremendously.


I will assure you to make sure he will not go nowhere and will attend all court dates on time I will sign for him without a doubt I know, my son will not let me down nor try to run I am his mom the person he loves the most, and he will not want to put me in any type of bad situation, especially with the law
I know that he will attend every court and do what ever he hast to do if you can please consider giving him bond thank you for taking the time to read this letter. May God bless you.


*Sincerly*,

1 of 2

*Alicia Bustamante*

Thursday, September 7, 2023 at 12:46:42 Pacific Daylight Time

---

**Subject:** Letter for Celerino
**Date:** Thursday, September 7, 2023 at 12:38:06 PM Pacific Daylight Time
**From:** Lynette Leal
**To:** Vitaly Sigal
**Attachments:** IMG-3401.jpg

LINK & VISION

Celerino Jaramillo Cedano
██████████████
Downey, CA ██████

Your Honor, or
To whom it may concern,

I am writing this letter on behalf of my son Celerino Jaramillo
JR. I am aware that Celerino has been recently charged with
illegal possesion of drugs.
I feel strongly about the goodness of his character and kindness
to other people.

Celerino, my son, has been working with me for a while. He
started right after being discharged from his Parole. He has
being doing security camera installation with me and has been
paid cash.
I am genuinely concerned about the future of my son and the
complication that this situation will cause him and all our
family. I believe that the charges against him are wrong and I
believe that he deserves more time to proove himself that he is a
good citizen, a good brother, a good son and a good husband.

Please concider my letter before making a decision that will ruin
his future and ours. I will promise to help him more with his
future and will give him more work to keep him busy.
Please GRANT him the oportunity of BAIL and allow him to
prove him self from the outside that he is a good son. I am

prove him self from the outside that he is a good son. I am willing to sign any papers needed and will make sure that he will attend to all court dates beause I will go with him. Thank you.

Best regards,

Celerino Jaramillo Cedano
Owner of Link & Vision, security camera company.

Dear Honorable Judge,

My name is Adriana, I'm writing because my brother Celerino Jaramillo was denied bail. Celerino
is my  youngest brother, but the oldest male of seven siblings. Celerino is not perfect, but he is
also not the awful, dangerous guy he has been made up to be. I'm conscious that this letter may
appear biased because he's my brother, but as someone who has known him his entire life, I can
vouch to the trustworthy and compassionate guy he is. We were raised in Norwalk by a single
mother and have always been very family oriented. My brother means the world to me. Cele, as
I know him, has the biggest heart and is always willing to provide a helping hand. Cele regularly
checks in on me and asks if I need anything as a single mother of four. I just gave birth to twin
boys, and my brother was a huge help by taking my two elder boys to school every morning
while I healed from my c-section.

I understand that Celerino has been charged with very serious offenses, but I believe that this
letter along with the letters from my family, demonstrate how much support he has and
hopefully that is sufficient to grant him bail. Finally, I want to state that I'm willing to sign for
him, and ensure that he appears in court.

Thank you for your time.

Sincerely,
Adriana Jaramillo

Adrismailxo@gmail.com
(562)716████

Melissa Jaramillo

Fontana CA, ███████

melissajaramillo23@yahoo.com

Dear Judge,

    I, Melissa Jaramillo am respectfully writting this letter to you on behalf of my brother Celerino Jaramillo. I can truthfully say that Cele has been and is always there for any of us, unconditionally. Since I was a little girl I remember Cele taking care of me, playing with me, teaching me, and protecting me. Honestly he's done more for me than most brothers do. Cele would walk me to stores when I needed something for school as a young girl. Cele would make food daily like eggs, quesadillas or other simple meals as a little girl. He'd do a parent role for any of us that he did not have to as a young boy himself. But Cele has been and still is a caring, generous, and selfless person. Cele has helped me with birthday events for me and my kids. Cele helped me get a car when I was struggling to get one. Cele is an incredible support for me and my kids. He has a big role that fills our hearts. I have 3 sons ages 7, 6, and 1 who want nothing else but to always see their uncle Cele. Cele is a amazing uncle who spends lots of time playing with his nephews sports outside or hide 'N' seek or tag, really anything to make them happy. Cele visits us when he can and joins us for breakfast or dinners. My kids and

I adore and love him so much. Cele is so much more than a person who has broken laws or committed a crime. Which I understand is wrong but I strongly believe he can do much more good than bad if given the chance. I beg you on behalf of me, my kids, my brother and sisters, our parents, and many more that love Cele, to give him a chance to make some changes with us by his side who will also vouch for that to happen. I hope you consider all this information about Cele before making a life changing decision. I pray that I have shed some light on this matter. Thank you for accepting and taking time to read my letter. I will vouch, sign, and support Cele in any way possible if you allow him bond.

Sincerely,

Melina Foronelli

9-5-2023

To whom it may concern,

I am Jennifer Jaramillo, one of Celerino's younger sisters. My brother has always
been my safe place. Not having my dad around a lot while growing up, he is who
i looked up to as a dad figure. He never not once made me feel as if I was
bothering him, as I would go to him a lot for many different things. He is the best
person to go to when i need to vent or ask for advice . I have three kids, and they
feel that welcoming energy from him. He gets along with my kids so good!
Mainly my oldest, who is a boy. They play basketball and football together when
he comes over to my house. They are always asking for their uncle Cele and
waiting for the next time they'll see him. Even if its just taking a little drive to get
ice cream, they have a blast with him. He is very good with my kids, you can see
and feel how much he loves them and loves spending time them. I really do
hope my kids and I get to spend more time with him. If he gets bond, I will be
there to support him, and to make sure he is present and on time to every court
day. Thank you. Feel free to contact me with any questions
jennijaramillo.jj@gmail.com


Sincerely, Jennifer Jaramillo

Jasmine Jaramillo



Fontana, Ca.

RE: Celerino Jaramillo

Your honor and/or dear reader,

I, Jasmine Jaramillo, want to tell you a bit about my brother Celerino Jaramillo, and I want to kindly ask that you consider letting him out on bail while he awaits further court dates. My brother Celerino is one of the kindest, funniest, most generous persons I know. When we were growing up, my parents got divorced and all my siblings and I stayed to live with my mother. My brother Celerino was around 10 or 11 years old at the time. Although my father was still in our lives, we grew up living in a single mother household with 7 children and it wasn't always easy living with a single mother. Still, we grew up in a very loving and often loud household (as you can imagine with 7 children). I was the eldest sister, and my brother Celerino was the eldest brother. In our household, Celerino was the one that could always make us laugh. Most of my childhood memories consist of endless laughs with Celerino. Being the eldest of the brothers, he quickly adapted to being someone we could count on. Now that we're all older and our family is filled with more little kids, Celerino is still that person today. If someone in our family needs advice, he always offers an ear to listen or a shoulder to cry on. If someone is ever in need of a hand, Celerino will generously call them to uplift them with words, or if necessary he will drive to them to offer love and comfort. Not only is he generous with his time, but he is generous in other ways as well. One of our other brothers, Jimmy, was recently going through a difficult time, and Celerino offered to help get Jimmy into therapy. He willingly picked up our brother Jimmy and after listening to him, Celerino offered to drive him to find a location that would be most suitable for Jimmy so that he could get the therapy he needs. Celerino has also been there for me during times I needed him the most. During times I was feeling unmotivated with my educational goals during the passing of our paternal grandmother, he stayed by my side for hours while I sobbed and vented. And then he gave me some much needed encouraging words. He offered to help pitch in for my books when I fell behind at work during this time. Recently, when

I moved into my new home, he also excitedly helped me with labor work around my home and with other landscaping projects. Lastly, when I ended up in the hospital due to a serious motor vehicle accident in 2022, he rushed to the hospital to make sure I was not alone. He kept me optimistic at a time when I was scared and unsure of the future. Just like he always does. These are just some examples of the many ways he shows up for his family and friends. Celerino is a happy, joyous person to be around. And he has many other good qualities; he's honest, dependable, hard-working and trustworthy. Celerino previously worked for Fashion Nova, a popular retail clothing company, where he received many awards and recognitions for his unabating work ethic. Now Celerino earns income by working with both my father, Celerino Sr., and my brother, Jimmy. In his spare time, Celerino loves family time. He especially loves spending time with our grandparents. Fortunately, our grandparents all live here in Southern California. My brother Celerino drives to see them every chance he gets. He loves getting them funny and thoughtful gifts on their birthdays, just to see a smile on their faces. He loves listening to their wisdom and to their stories from back in their younger days. He also loves to spend time with all our little nieces and nephews. He often offers to pitch in for our nieces' and nephews' birthday parties, or he will pitch in by helping to plan or set up for birthday parties. Whenever we have family gatherings, all the kids get excited when their "uncle Cele" walks in through the door. They all run and hug him. If my brother Celerino is granted bail, I can assure you that he will be doing two things; working and spending time with family. My brother Celerino is not a perfect human being, but he has tried to rehabilitate himself and tried to turn his life around for the better. He started working as soon as he got out of prison and he abided by all his parole conditions. He successfully completed his parole term and kept working on bettering himself in all aspects. He never left the country during his parole term. He has proven that if he is granted conditions within the court of law, he abides by them. He is in no way a flight risk. All our family is here in California; our siblings, our parents, and our grandparents all live here. Our maternal grandparents live in Santa Ana, Ca., and our paternal grandfather lives in Downey, Ca. His wife and her children all live here in California as well. The only time he went out of the country last year was when he and his now wife went on a trip to Los Cabos. They took a small vacation after he successfully completed his parole, to take a break from work and relax a bit. I ask you to please reconsider letting him be at home in the meantime. We understand that Celerino has court dates to attend. We vouch that he will make it to every single one of his court

dates. All we're asking for is for Celerino to be given the ability to spend his time out on bail so that he can spend this time with his loved ones. If my brother Celerino is granted bail, I can, without a doubt, assure you he will make it to his court dates. Please consider giving my brother the chance to spend this time at home. I am willing to sign any documents on my brother Celerino's behalf to affirm that if he is granted bail, he will continue to attend every court date he is assigned.

Thank you for your time.

Sincerely,

Jasmine Jaramillo

Angel Jaramillo
████████████ Fontana CA
angel.j.jaramillo00@gmail.com
(562)418-4625

To whom it may concern,

   My name is Angel Jaramillo. I am Celerino Jaramillo's younger brother and one of the youngest siblings out of our big family. I am 22 years old and have had the pleasure of growing up with my older brother. From a very young age, my brother has always been a father-figure to me, serving as a positive role model and a very caring brother who I can always trust. My brother means everything to me and is my best friend. I am writing this letter, you Honor, to provide a character reference for my brother, in hope that you please take this letter into consideration to give my brother leniancy.

   My brother, Celerino Jaramillo, has always served as a positive role model to this family. My family can assure you that Celerino is a very loving and caring brother to all of us. He has demonstrated a lot of love, guidance, and compassion to all 7 of us siblings. My brother is an individual who always proves his kindness and generosity by his actions. He has made a positive impact on all of our lives and always makes sure we are all united and happy as a family. Celerino has demonstrated leadership and safety in this family and we all love him very much. This family is going through a difficult time processing everything that is going on. We have recently lost a family member and will be sad to see anything bad to happens to my dear brother.

   From a very young age, my brother has overcome many obstacles and challenges in his life. For example, at age 9, Celerino was faced with his first heartbreak. Our parents divorced and my father was absent for quite some time. My brother unexpectedly faced depression as our mother always struggled to help feed all 7 of us siblings. We experienced poverty and a lot of times were faced with no meals to eat. My brother saw and experienced a lot of behavior that a child shouldn't experience at such a young age. Due to his rough childhood, I feel like my brother developed depression, emotional difficulties, low self-esteem, and other effects that he eventually overcame as a teenager. Due to our financial struggles, my brother would volunteer to work with my grandmother at flea markets every weekend, so that we could be able to afford rent. As far back as I can remember, my brother has always had in his heart to help out my mother.

   During my childhood, my brother was a father-figure to me and he showed me a plethora amount of responsibilities. I remember him helping me with my homework all the time. He made sure I was always passing my classes. I was a very responsible student because of him and I carried that knowledge of responsibility throughout my whole life. My brother also taught me how to have polite manners and be respectful, in order to be a gentleman. Celerino was my role model and the father I never had.

Celerino is the person that always wants to help in any way he can. He is an extremely, loving person. Showing love to his friends and family is one of his favorite things to do.  He takes the time out of his day to show that he cares. He believes everyone deserves a chance and he should show love to everyone. People love to be in his presence because he tends to be the 'dad' in the group. My brother creates a warm feeling in everyone with his loving and friendly personality.

My brother has helped me a lot throughout my life. He goes the extra mile to lend me a hand because he cares a lot as a person. For example, he would always offer rides to wherever I needed to go. He drove me everyday 17 miles to work because I did not own a car. He would make sure I had eaten by buying me food when I had gotten laid off from my job. He offered me a place to live when I had nowhere else to go.  He is the one I can always rely on for hearing my problems and give me advice. My brother is the one that makes sure I am always with joy. He has always guided me through my decisions; showing me right from wrong.

After his release in 2020, Celerino moved in with us and I witnessed him being very responsible in not causing any problems with his parole officer. In fact, we both got a job at Fashion Nova Distribution Center. He was an excellent worker and one of the best performing associates working there. He has turned his life around and is always striving for self improvement. His mindset is set on being a hard-working member to society.

I was very troubled and shocked to hear about the unfortunate events of my brother's case.  I also would like to add that my brother is not a flight risk.The case mentioned Celerino having connections to Mexico. I can assure you this is false information, your Honor. My brother went on a simple vacation with his wife.

Thank you for taking the time and patience in reading this letter. I hope this letter gets taken into consideration into my brother's case. I hold myself liable and responsible for the attendance of Celerino Jaramillo's future court dates. I will formally sign to be held liable in the case Celerino does not show up to court. I understand the seriousness of this case, but I hope the court will consider showing leniency to my brother.

Sincerely,
Angel Jarmillo

**Thursday, September 7, 2023 at 11:55:58 Pacific Daylight Time**

**Subject:** Fwd:
**Date:**    Thursday, September 7, 2023 at 11:42:36 AM Pacific Daylight Time
**From:**    Lynette Leal
**To:**      Vitaly Sigal


---------- Forwarded message ---------
From: **Frank Cabrera** <danizel766@gmail.com>
Date: Mon, Sep 4, 2023 at 2:00 PM
Subject: Re:
To: Lynette Leal <lynettel2686@gmail.com>


No problem

On Mon, Sep 4, 2023, 1:54 PM Lynette Leal <lynettel2686@gmail.com> wrote:

> Thank you so much I will save it and print it
> On Mon, Sep 4, 2023 at 1:46 PM Frank Cabrera <danizel766@gmail.com> wrote:
>> Hello your honor my name is Frank Cabrera. I am Celerino Jaramillo's uncle. I've known
>> him all his life. He's always been a good big brother to his siblings even to the older ones.
>> Has always been someone I can count on to help me when I moved,or the times I had to fix
>> or repair one of the cars. My daughters adore him and so do my wife and I. He plays
>> handball with my Dad ,my brother and I. We've also gone to see professional fights together.
>> I've always seen Celerino as if he was my son. I know none of us are perfect and we all fall
>> short and make mistakes and bad choices in life. Our mistakes don't define who we are. I
>> pray you believe in second chances like I do because we all deserve one and I know they
>> work. Ultimately he's future is in your hands and I just hope through this letter you get to
>> know Celerino as we do. Thank you for taking the time to read this.
>> Sincerely Frank Cabrera

Kailani Delacirna
████████████████ .
Whittier, CA, ████████
(702)684-3552
Kdelacirna20@gmail.com

September 5th 2023


Dear reader,

   To whom it may concern I've known Celerino for about 2 years and
have had the chance to work with him as well at a Fashion Nova
warehouse. He would take me home after each shift and even wait for me
to get safely inside before leaving. Celerino is a hard worker and
would often get recognition at work for being the fastest packer in
our department. He is a family man and would give even the shirt off
his back to help them with anything they need. My partner Jimmy, his
younger brother was having trouble dealing with his past and Celerino
recommended he try therapy. He drove him around to different locations
and even paid for the sessions so he could get the care he needed.
Lastly I'd like to thank the court for reading my letter and to give
leniency towards Celerino so that he may have his court dates with the
support of his family.

Sincerely,



Kailani Delacirna

From: Oscar Robert Guzman
▮▮▮▮▮▮▮Fontana .Ca ▮▮▮
September 4, 2023

Honorable Judge,

I am writing to provide a character reference for Mr. Celerino Jaramillo, a person of great integrity and character. I have had the pleasure of knowing Mr. Jaramillo for more than several years and have witnessed firsthand his outstanding qualities and contributions to our community.

Mr.Jaramillo is an individual who consistently demonstrates honesty, compassion, and a strong sense of responsibility. He is a man of his word, always fulfilling his commitments and honoring his obligations. I have seen him go above and beyond to help those in need, offering his support and guidance without hesitation. Whether it is lending a helping hand to a neighbor or volunteering at local charities, Mr. Jaramillo is always ready to make a positive difference in the lives of others.

Furthermore, Mr. Jaramillo is a dedicated family man who places utmost importance on the well-being and happiness of his loved ones. He is a devoted husband, a nurturing father, and a reliable friend. His kindness and generosity extend beyond his immediate family, as he has been a source of support and guidance for many individuals in our community.

I must also highlight Mr. Jaramillo's commitment to personal growth and self-improvement. Despite facing numerous challenges throughout his life, he has consistently shown resilience and determination to overcome them. He has actively sought opportunities to learn and develop new skills, consistently striving to become a better person. This commitment to personal growth is a testament to his character and dedication to leading a meaningful life.

Your Honor, I firmly believe that Mr. Celerino Jaramillo is a person of exceptional character who has made a positive impact on the lives of those around him. I trust in your wisdom and judgment to consider the entirety of his character when making your decision. I am confident that he will continue to contribute positively to our community if given the opportunity.

Thank you for your time, Your Honor, and for considering my letter. Should you require any further information or have any questions, please do not hesitate to contact me.

Sincerely,

Oscar Robert Guzman

Thursday, September 7, 2023 at 12:47:45 Pacific Daylight Time

**Subject:** (none)
**Date:** Thursday, September 7, 2023 at 12:38:46 PM Pacific Daylight
Time
**From:** Lynette Leal
**To:** Vitaly Sigal
**Attachments:** 7dabe56d-02d7-4fb2-97b2-f70527099600.jpg

## Anthony Gomez



Fontana, CA
Tonygomez562@yahoo.com

September 9, 2023

Re: Celerino Jaramillo

To Whom it may concern

My friend Celerino and I have know each other since we were children and his main
concern has always been his family and friends. He has always been a very good judge
in character and a role model for those around him and is very admired by everyone's
path he crosses.

In our 20 plus years friendship I've seen him break barriers as a man and as a caring
caring uncle, brother and more. I was troubled to hear about the unexpected and
unfortunate events of my friends case and was more than willing to write a letter about
Mr. Jaramillos ccomplishments and impact on those who care about him most. I
understand the seriousness of the matter however, hope the court will show some
leniency.

This man has helped me in ways I can't imagine another human being would be willing
to lend a helping hand. I was down on my luck and needed a place to stay when Mr.
Jaramillo stepped in to help me get back on my feet and I can now say I have been a
better man for my community and others just as Mr. Jaramillo is to his family and
friends.

friends.

It is in my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Celerino Jaramillo to be a solid and very honorable member of society and a very good human being.


Sincerely yours,

Javier Cabrera
 .
Corona, CA.
September 2, 2023

To The Honorable Judge,

I am writing this character letter in support of my beloved nephew, Cele Jaramillo, who is currently facing a court proceeding. I have had the privilege of knowing Cele for twenty-nine years, and I can wholeheartedly attest to his outstanding character, unwavering kindness, and deep love for his family.

Cele has consistently demonstrated qualities that make him an exceptional individual. His kindness and compassion are boundless, and he has an innate ability to connect with people on a profound level. Within our family, Cele has always been a pillar of support, offering his assistance without hesitation whenever it is needed. Whether it's spending quality time, lending a listening ear, or providing guidance, Cele's generosity knows no bounds.

What truly sets Cele apart is his dedication to his family. He cherishes his loved ones above all else and goes to great lengths to ensure their well-being and happiness. His love and care for his siblings, parents, and extended family are evident in his daily actions. Cele takes the time to foster strong relationships, creating an atmosphere of trust and unity within our family.

Cele's character extends beyond our immediate family. He has consistently exhibited kindness and empathy towards others, making friends easily and being a source of support to those in need. His willingness to lend a helping hand to others is a testament to his generous and caring nature.

In conclusion, Cele Jaramillo is an exceptional young man whose character is beyond reproach. He is a loving and devoted family member who consistently goes above and beyond to support and nurture his relationships with his siblings, parents, nieces, nephews, and grandparents. I kindly request that the court takes into consideration his character and his positive impact on his family when making their decision.

If you have any further questions or require additional information, please do not hesitate to contact me at (714) 395-0818 or jcabrera844@yahoo.com.

Sincerely,

*Javier Cabrera*

**Jimmy Jaramillo**

█████████

Whittier, CA ██████

(562)616-3933

J.98.J@outlook.com

1st September 2023

**To whom it may concern**

Dear Reader,

   I am writing this letter in response to Celerino Jr. Jaramillo''s arrest and denial of bail after the fact. Firstly I'd like to point out that Celerino like any other American, has the right of innocence until proven guilty before the court. My brother has a heart of gold, he's tried to turn his life around and learn a trade with my father and also with myself. I was showing Cele how to run a business and pay taxes so that he can enjoy a life without mischief. He has pursued a career in welding and then took a different route but he has been employed since he was released years ago. He did great during his probation and I didn't see a change in the wrong direction. He was saving money from working with my Dad's business installing cameras and running cable, and with me working on restoring & cleaning vehicles. My little brother, Angel lived with my older brother Celerino and he also would tell me he's been working a lot and to his best knowledge he was working a w2 /1099 job. Celerino has helped me with difficult times, at a time when I struggling, he has helped with rent and put me through therapy. Something he recommended that I needed so I can get MY life back in order. A selfless act, he drove me around Whittier so that we can find a location that can offer me the help I needed desperately. Celerino always shows up for family matters and events, he's always supportive in helping set up and pitch-in for kids' parties. He recently got married and treats his newly found family with nothing but love and respect. When we were younger, my dad left my mom, and Celerino took on the roll of the man of the house and tried to show us boys what it meant to be a man. He taught us how to respect our elders and women and everyone around us. I am asking that the reader give consideration to the love Celerino's family has for him and the love he returns. Cele is a staple in our family and he deserves to fight any accusations with the support and comfort of his family. My brother is not a flight risk, during his case it was stated he has connections in Mexico but that was false. He went on vacation with his wife to celebrate his new working life. We all recommended they take a vacation so Cele doesn't get burnt out from labor intensive work.

I'd like to add on that Cele stayed employed for over one year at a Fashion Nova warehouse where he earned multiple recognition awards/rewards for being one of the best performing staff members. While working there, he gave rides home to the mother of child, my partner. My partner came home a lot of times with diapers and wipes. Celerino would go out of his way and buy us a small pack of each to show brotherly support to our little growing family.

Further more, I'd like to talk about the affect & effect the penitentiary can have not only on the person being incarcerated but the community. I'd also like the reader to put themselves in my family's shoes. Celerino has gone through the stigma of being imprisoned and has fought through social anxiety, ptsd, depression, and other psychological issues derived from imprisonment like prison identity. My brother has worked hard to turn his life around and contribute to this great country. Celerino is a tax paying citizen helping the economy grow. I believe it would be working against not only Celerino's progress but the communiy's as well. As already stated, Celerino has made tremendous efforts to create a life for himself through working, pursing trades like welding, low voltage tech I, and professional detailing.

I, Jimmy Jaramillo, brother of Celerino Jr. Jaramillo, hold myself liable and responsible for the attendance of Celerino's future court dates. I will formerly sign to be held liable in the case Celerino does not show up to court for whatever the reason may be. To my highest regard and knowledge, Celerino is not a flight risk and he should be given bail to avoid the stigma, psychological issues, and further exposure imprisonment can have on a person not only trying but really turning their life around and positively contributing to the economy.

Sincerely,



Jimmy Jaramillo