EXHIBIT 1



EXHIBIT 2

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

FBI - Los Angeles Office
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Case Number: ▮▮▮▮▮▮▮▮
LIMS Number: 2023-SFL8-04854

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B102 | Methamphetamine Hydrochloride | 2.863 g ± 0.002 g | 97% ± 6% | 2.777 g ± 0.172 g |

Remarks:

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

Date Accepted by Laboratory: 08/08/2023        Gross Weight: 70.4 g        Date Received by Examiner: 08/14/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B102 | 1 | Ziplock Plastic Bag | Crystalline | 2.603 g |

Remarks:

### Exhibit Analysis:

Sampling:

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine identified in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B102 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 1B102 | DEA 503/UV-Vis Spectroscopy |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

Analyzed By: /S/ Andrea N. Larick, Senior Forensic Chemist                    Date: 08/14/2023
Approved By: /S/ Michael M. Brousseau, Senior Forensic Chemist                Date: 08/15/2023

EXHIBIT 3



EXHIBIT 4



EXHIBIT 5

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory

Vista, CA

**Chemical Analysis Report**

FBI - Los Angeles Office
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

**Case Number:** ▮▮▮▮▮▮▮▮
**LIMS Number:** 2023-SFL8-04845

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 1B93 | Methamphetamine Hydrochloride | 190 g ± 1 g | 98% ± 6% | 186 g ± 12 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 08/08/2023        **Gross Weight:** 266.3 g        **Date Received by Examiner:** 08/14/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1B93 | 1 | Ziplock Plastic Bag | Crystalline | 187 g |

**Remarks:**
3.0 gram(s) removed for special program.

## Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine identified in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 1B93 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 1B93 | DEA 503/UV-Vis Spectroscopy |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Andrea N. Larick, Senior Forensic Chemist        **Date:** 08/14/2023
**Approved By:** /S/ Michael M. Brousseau, Senior Forensic Chemist        **Date:** 08/15/2023

DEA Form 113 August 2019        Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

FBI - Los Angeles Office
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

**Case Number:** ▮▮▮▮▮▮▮▮
**LIMS Number:** 2023-SFL8-04850

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 1B98 | Heroin | 139 g ± 1 g | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 08/08/2023          **Gross Weight:** 206.8 g          **Date Received by Examiner:** 08/15/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1B98 | 2 | Plastic Bag | Gum Like | 139 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Heroin identified in all unit(s) received.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 1B98 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Wisam Maroge, Senior Forensic Chemist          **Date:** 08/16/2023
**Approved By:** /S/ Monica S. Price, Senior Forensic Chemist          **Date:** 08/16/2023

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

---

**Chemical Analysis Report**

FBI - Los Angeles Office
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Case Number:
LIMS Number: 2023-SFL8-04851

---

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 1B99 | Heroin | 98 g ± 1 g | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 08/08/2023        **Gross Weight:** 166.0 g        **Date Received by Examiner:** 08/15/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1B99 | 1 | Plastic Bag | Gum Like | 97 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Heroin identified in all unit(s) received.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 1B99 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Wisam Maroge, Senior Forensic Chemist        **Date:** 08/16/2023
**Approved By:** /S/ Monica S. Price, Senior Forensic Chemist        **Date:** 08/16/2023

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

# Chemical Analysis Report

FBI - Los Angeles Office
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

**Case Number:** ▮▮▮▮▮▮▮
**LIMS Number:** 2023-SFL8-04856

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 1B104 | Heroin | 0.245 g ± 0.002 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 08/08/2023    **Gross Weight:** 67.8 g    **Date Received by Examiner:** 08/15/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1B104 | 1 | Plastic Bag | Gum Like | 0.223 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Heroin identified in all unit(s) received.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 1B104 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary.  I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number.  My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education.  See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes.  The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis.  These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.  I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number.  The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community.  Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596.  This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer.  In addition, I may offer opinions in response to questions posed during trial.  Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Wisam Maroge, Senior Forensic Chemist                    **Date:** 08/16/2023
**Approved By:** /S/ Monica S. Price, Senior Forensic Chemist                 **Date:** 08/16/2023

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

FBI - Los Angeles Office
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

**Case Number:** ███████
**LIMS Number:** 2023-SFL8-04849

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 1B97 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | 961 g ± 1 g | ---- | ---- |
| 1B97 | N-(1-Phenethylpiperidin-4-yl)-N-phenylacetamide (Acetyl Fentanyl) | | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 08/08/2023          **Gross Weight:** 1041 g          **Date Received by Examiner:** 08/15/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1B97 | 2 | Ziplock Plastic Bag | Gum Like | 958 g |

**Remarks:**
3.1 gram(s) removed for special program.

## Exhibit Analysis:

**Sampling:**
Fentanyl and Acetyl Fentanyl identified in all unit(s) received.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 1B97 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Immunoassay Test, Marquis Color Test |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Wisam Maroge, Senior Forensic Chemist          **Date:** 08/22/2023
**Approved By:** /S/ Monica S. Price, Senior Forensic Chemist          **Date:** 08/22/2023

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

**Chemical Analysis Report**

FBI - Los Angeles Office
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

**Case Number** ██████████
**LIMS Number:** 2023-SFL8-04847

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 1B95.01 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | 1.846 g ± 0.002 g | ---- | ---- |
| 1B95.02 | Methamphetamine Hydrochloride | 14.75 g ± 0.01 g | 98% ± 6% | 14.45 g ± 0.89 g |

**Remarks:**

Exhibit 1B95.01: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 1B95.02: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 1B95.02: Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit.  All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 08/08/2023          **Gross Weight:** 86.4 g          **Date Received by Examiner:** 08/17/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1B95.01 | 1 | Plastic Bag | Powder | 1.843 g |
| 1B95.02 | 2 | Plastic Bag | Crystalline | 14.37 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Exhibit 1B95.01: Fentanyl identified in all unit(s) received.

Exhibit 1B95.02: Methamphetamine identified in all unit(s) received. A composite was formed from 2 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 1B95.01 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |
| 1B95.02 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 1B95.02 | DEA 503/UV-Vis Spectroscopy |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary.  I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number.  My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education.  See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Trevor R. Equitz, Senior Forensic Chemist                **Date:** 08/25/2023
**Approved By:** /S/ Monica S. Price, Senior Forensic Chemist                **Date:** 08/25/2023

DEA Form 113 August 2019

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory

Vista, CA

## Chemical Analysis Report

FBI - Los Angeles Office                                          Case Number: ██████████████
11000 Wilshire Blvd., Suite 1700                                 LIMS Number:
Los Angeles, CA 90024

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Trevor R. Equitz, Senior Forensic Chemist          **Date:** 08/25/2023
**Approved By:** /S/ Monica S. Price, Senior Forensic Chemist          **Date:** 08/25/2023

DEA Form 113 August 2019                                                           Page 2 of 2

EXHIBIT 6





EXHIBIT 7



300

Spooks

Avg

EXHIBIT 8

**UNCLASSIFIED**

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CA  90024

Requesting Official(s) and Office(s):        (SA S. Kane), Los Angeles

File Number:

Disc Number (Section):                14;03;08

Transcriber(s) and Office/RA:            (OST's Patricia Calvo), Los Angeles

## VERBATIM TRANSCRIPTION

**Participants**

**LL**
**CJ -** Bizzy

**Abbreviations**

Primary language:        (standard) English
*Secondary Language*: (italics) *Spanish*
UI:                Unintelligible
OV:                Overlapping Voice

**UNCLASSIFIED**

August 4, 2023; 14:03:08

1  [Beginning of recording 00:04:40]
2
3  CJ- You know how long it's going to take me. But I'll be home that's for sure.
4
5  LL – Yes. And I'm going to be here. Right here the whole time with me (UI) babe.
6
7  CJ – You better be.
8
9  LL – I know. I'm not going no where.
10
11  CJ – Hahaha.
12
13  LL – Hahaha.
14
15  CJ – You good baby.
16
17  LL – It felt like fucking left and it's on my heart.
18
19  CJ – Yea. Oh look so the homie told me this. He's like it's going to be hard for you to get a visit
20  if you guys are not married. He's like what you can do is um, go to uh he said at the Alameda swap
21  meet you can find it. But he said it's, you can go to all kinds of places I think he said you can even
22  go to like the LA County jail and right there they'll give it to you. But it's called a marital paper.
23  They're going to (OV)
24
25  LL – Okay.
26
27  CJ – ask you for all my info. All your info and then boom boom they print out like a paper. And it
28  it states that we are legally married now. And and that.
29
30  LL – Okay.
31
32  CJ – And then let me know once you get that. I think he said it cost like 60 or 70 bucks. It doesn't
33  cost much. And then ah once they give you that paper then you let me know and I'm going to send
34  you a visiting form. Once you get that visiting form. Then fill it out. And and and that's how
35  fucking um. You turn it in from there. Fill it out and then send it to whatever address they give you
36  right there. It's going to tell you where to mail it to mail it there. And then it's going to take I don't
37  know. A couple weeks to get approved and then boom that's how I can get visits.
38
39  LL – Okay. Okay. (OV)
40
41  CJ – (UI)
42
43  LL – I'm going to do. I'm going to be on that this week.
44
45  CJ – Yea. Yea. Try to do that by Monday too. Uh or over the weekend I don't know if the swap
46  meets open before the weekend but yea do that. Do that ASAP Too. And then (OV)

2
**UNCLASSIFIED**

August 4, 2023; 14:03:08

LL – Hello. Yea.

CJ – Check with a with a old boy. You still haven't a you still haven't a.. no body has came to that number?

LL – No. No body's came and I left it for the kids and I told them you know if anybody goes here it is and give it to them.

CJ – Okay.

LL – And nothing um and um I talked to um uh Shorty.

CJ – Okay.

LL – Well I I. Sent him the message that I need the money as soon as I can. He gets it.

CJ – Alright. Yea, no don't trip well I'll fucking send my boy over there too so he can fucking press up on him because he already had the thousand. The thousand so I don't why the fuck he only gave you seven. This nigga (OV)

LL – Yea.

CJ- Think I'm fucking playing games and I'm not. You know. And uh. (OV)

LL – Yea, he probably figured oh because you send me or something you know.

CJ – Yea, yea no fool don't trip. I'm fucking I'll I'll if I have to I'll send the homie over there to fucking slap him up or something. But anyway. Um. Yea other than that yea tell my dad that I got something going to him uh. So I'll fucking uh, I'll give him some tools so that he needs that I that I bought a long time ago. And uh. He wants them.

(Noise)

CJ – You heard me?

LL – Okay. Yes.

CJ – Yea yea so, umm let him know to just keep uh fixing up the spot, the cameras or whatever he was going to do right and and uh, that don't trip tell him that we'll work it out. I'm going to give him uh, because those tools are expensive. Yea those tools (OV)

LL – Yea.

CJ – Are expensive. And uh, yea he been trying to buy them off of me. It's like a fucking like some uh it's like a saw to be like cut metal. A saw to cut metal. A saw to cut metal. One of those.

3
**UNCLASSIFIED**

August 4, 2023; 14:03:08

LL – Yes.

CJ – Yea, had uh, so he knows he knows because we already been spoke by them, so just tell him like hey, (UI) is going to be giving you those (UI) to to reimburse you for for the work that you're going to do. You know and and so he'll talk to you. Tell him Ima call him uh probably tomorrow I'm I'm call him and I'll and I'll tell him so we can work it out. Because I was going to sell him those tools. But now (OV)

LL – Yea.

CJ – I could just pay him with the tools for doing that job. You know.

LL – Yea. Yea.

CJ – Yea. So it's (OV)

LL – Yea he's our definitely he's like

CJ – Huh?

LL – Yea, that's what he was saying he was saying to tell you just don't worry you know like he can he can wait for whatever you need to give him you know.

CJ – Yea yea (OV)

LL – He just want to know whose hunting you (OV)

CJ – Well I'll just (OV)

LL – For a (UI)

CJ – Yea yea no well I'll just give him the fucking, the tools to pay him with that. Because he was just, it's the same thing he was going to pay me for them. I might as well just here. You know.

LL – Yea and he said something about um, that the guys that putting the ac and somebody for the electricity or something.

CJ – Mhm. Has has he been going over there working?

LL – Ah ye, that the ones that were working that you had talked to them about um meeting (OV)

CJ – Yea yea.

LL – Um, somebody for the electricity. That they (OV)

4
**UNCLASSIFIED**

August 4, 2023; 14:03:08

1  CJ – Yea.
2
3  LL – knew somebody.
4
5  CJ – Yea.
6
7  LL – Yea, um so you want me to tell him to see if he can get a hold of them so they can keep doing
8  it? I um, Donald just text me earlier, he said he checked the he's um getting that booklet for the
9  LLC. and on Monday he's going to go to our (UI) City permits.
10
11  CJ – Alright alright. Well yea. Just work that out and uh yea. Just tell him uh my dad I'll talk to
12  him tomorrow. And that way he can get uh.
13
14  LL – Okay.
15
16  CJ – Hold of this electrician dude. How long have we've been on the phone now?
17
18  LL – Um, it's 7 minutes.
19
20  CJ -  7 minutes alright.
21
22  LL – And 54 seconds.
23
24  CJ – Alright, So we've got like a 2 minutes. (OV)
25
26  LL – Yea. Yea and um also um (UI) you know he's baller. He um he's talking about um did they
27  put in the wall? The ceiling. And the um the the wall in the back that they were supposed to do?
28
29  CJ – Yea they did (OV)
30
31  LL – No huh?
32
33  CJ – Yea.
34
35  LL – They did?
36
37  CJ – Yea
38
39  LL – Okay, because he wants to see it. He wants to get a picture of it.
40
41  CJ – That's fine. That's fine. Tell him uh that everything is still not finished though. Tell him we'll
42  let him see it when everything is finished. Tell him to be patient (OV)
43
44  LL – Yea, yea. That that's why I I had to tell him like you know like uh a why are why are you
45  rushing me to fix it you know we're trying to make sure everything is done right. So you know

5
**UNCLASSIFIED**

August 4, 2023; 14:03:08

1  you got to give me a little minute to you know to make everything is fixed right. Because he's like
2  (OV)
3
4  CJ – (UI)
5
6  LL – So when are you going to open? So you know how long (OV)
7
8  CJ – (UI)(OV)
9
10  LL – is this going to take.
11
12  CJ – (UI) Wake the fuck up man. Damn fool (UI) (OV)
13
14  LL – Yea, and I was like you know like are if you are (UI) are you opening the business? Or I am
15  because you know from my understanding I'm opening the business. And he's like well yes but I
16  just got to make sure your doing so we can and I was like yea. I'm trying to make sure everything
17  is you know the way it needs to be because a lot of stuff wasn't done right and the property before
18  the city inspectors come. Then you're going to have problems and I'm going to have problems.
19  (OV)
20
21  CJ – Just tell him tell him to just stop worrying about it and at the end of the day he's going to get
22  his fucking rent money and that's it. That's all (UI) because I think we have one minute left then.
23  But all he needs to be concerned about is that he gets his rent money. That's it.
24
25  LL – Yes.
26
27  CJ – So just tell him just worry about that and don't trip we'll get at you on the first. You know.
28
29  LL – Yea.
30
31  CJ – But yea I got to go. But I'm see if I can call you later alright?
32
33  LL – Okay my love.
34
35  CJ – Alright.
36
37  LL – Okay
38
39  CJ – Love you.
40
41  LL – I love you baby.
42
43  CJ – Alright man.
44
45  LL – (noise)
46

6
**UNCLASSIFIED**

August 4, 2023; 14:03:08

1   CJ – Umm, I want you to uh tell my sister to go get that Jeep it's in the in pound. It's her car (OV)
2
3   LL – Okay yea that's what I was going to tell you. Are we able to get because the the cops were
4   (OV)
5
6   CJ – Of course.
7
8   LL – like no.
9
10  CJ – (UI) they said yes of course. No no no you are but this (UI) has a hold just like any any in
11  pound they have a hold on it for a little bit. But eventually yes you will be able to get it back so
12  tell (UI) to go over there and press up on them. That's her car. (OV)
13
14  LL – Okay yea. Yea. Yea. (OV)
15
16  CJ – Her Car (OV)
17
18  LL – We got to go together because I have the inst uh uh the insurance under my name. She doesn't
19  have a license so we got to go together.
20
21  CJ – Alright cool. (OV)
22
23  LL – That's what they are going to tell her.
24
25  CJ – Do this. Do that ASAP. Do that by Monday. And that way she can get her car back.
26
27  LL – Okay. Okay.
28
29  CJ – (UI)
30
31  LL – Okay for (UI).
32
33
34
35
36
37  [End of recording 00:11:40]
38
39
40

7
**UNCLASSIFIED**

EXHIBIT 9

August 23 2023 – 08:41:06

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CA  90024

Requesting Official(s) and Office(s):        (SA Seamus Kane), Los Angeles

File Number:

Disc Number (Section):                          August 23 2023 ; 08:41:06

Transcriber(s) and Office/RA:                (OST's Patricia Calvo), Los Angeles

## VERBATIM TRANSCRIPTION

**Participants**

**LL –**

**CJ -** Bizzy

**Abbreviations**

Primary language:       (standard) English
*Secondary Language*: (italics) *Spanish*
UI:                              Unintelligible
OV:                             Overlapping Voice

**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  August 23 2023 – 08:41:06

1   [Beginning of recording 00:04:20]
2
3   LL – Yes, I know it is.
4
5   CJ – Yea. And just tell him uh, just tell him that I've been clean ever since but uh for some reason
6   these dudes are fucking trying to put these charges on me. And
7
8   LL – Okay.
9
10  CJ – I'm just trying to get bonds so just tell them uh if he can do a letter of recommendation. Just
11  tell him that I would appreciate it.
12
13  LL – (UI)
14
15  CJ – And tell him I said hi too.
16
17  LL – Yea.
18
19  CJ – I say what's up.
20
21  LL – Yea. Yea. I'm gonna,I I'm gonna be on it today to do that and um I'm gonna um go finishing
22  cleaning up whatever Angel um didn't clean. At the other house so I can go meet up with the lady
23  and give her the keys already.
24
25  CJ – He already moved the rest of the stuff out?
26
27  LL – Yea. He already moved the rest of the stuff.
28
29  CJ – Okay.
30
31  LL – He said he did. He said he did some cleaning but he said there's still like (OV) a couple
32  things that need to be cleaned. And I told him don't worry about it I'll just go over there and finish
33  cleaning whatever else. You know.
34
35  CJ – Yea. Yea. Well do that today If you have time because every day that goes by she's going to
36  be charging out of that deposit.
37
38  LL – No, Yea. Yea. Well she no she said she wasn't going to charge. For the you know next 30
39  days either way. She, what she was going to charge is if we leave the house dirty and stuff she's
40  going to charge a cleaning fee.
41
42  CJ – Regardless, if you have time do it today. So we can get that out (OV)
43

2
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:   August 23 2023 – 08:41:06

1   LL – I am going to do it today after I take Chris to the dentist. Because he has his um appointment
2   for the braces. I'm going to go over there and I'm going to go clean it up.
3
4   CJ – Okay. What time is his dentist appointment? (OV)
5
6   LL – Yes. I think he already got his classes for um his uh college (UI).
7
8   CJ – Oh okay, that's good (OV)
9
10   LL – Uh he's in, he's in (OV)
11
12   CJ – What time is the dentist appointment?
13
14   LL – Dentist appointment is at 11.
15
16   CJ – Ah alright alright alright alright.
17
18   LL – Yea. And so (UI) already got his stuff. He's going to be starting school next week too. Trade
19   Tech. And he's. he already did his Fasfa and everything. So they're going to break him off with
20   some good money to for everything. For all his classes and everything.
21
22   CJ – Oh okay. Well ask him how much we are getting? Haha
23
24   LL – Hahah. He's going to get, he's going to get like probably like 5. Five, Six.
25
26   CJ – Oh okay. Then good.
27
28   LL – Five, Six Thousand.
29
30   CJ – Then (OV)
31
32   LL – Yea. And then um he's got appointment for um the game program. And they're going to help
33   him get um, give him money for clothes, for um laptops, his books, and whatever else he needs.
34
35   CJ – That's good. Because that will save you some money right there.
36
37   LL – Yes. Yes. Yes.
38
39   CJ – Okay. What's up with Angel? Have you heard from him?
40
41   LL – Angel was with me yesterday. I told you. He was the one that went with me.
42
43   CJ – Where?
44

3
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  August 23 2023 – 08:41:06

1  LL – To get the license.
2
3  CJ – Oh, why'd he go with you?
4
5  LL – Babe
6
7  CJ – Yea.
8
9  LL – Because he had to. Both of us needed to be there. Remember? I told you about that. We both
10 needed to be there. So Angel went for me. For you.
11
12 CJ – I don't remember you telling me that.
13
14 LL- Yea I did tell you. In order to get it I needed both of us to be there. And Angel went for you.
15
16 CJ – And he was. He went as me?
17
18 LL – Yes.
19
20 CJ – Alright. Yea I don't remember you telling me that. But alright.
21
22 LL – Yea I told you. I did tell you that.
23
24 CJ – I don't remember. But alright. Uhh what he did he say about the car?
25
26 LL – Yes because that's the only way I was going to be able to get it. Everywhere I was going
27 everybody, I tried a lot a lot of places and they were like no no.
28
29 CJ – What he say about the car?
30
31 LL – Ahh he's still thinking about it.
32
33 CJ – Alright.
34
35 LL – He said he's still not too sure.
36
37 CJ – Alright.
38
39 LL – Yea. He said he's still not too sure. Your dad was like you know I told him just get it. You
40 know he needs it. Hahah.
41
42 CJ – Hahaha.
43
44 LL – But he, but he's like I don't know. You know still.

4
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  August 23 2023 – 08:41:06

1

2    CJ – Alright, well don't tell (OV)

3

4    LL – Because it's (OV)

5

6    CJ – Don't even mention it to him no more. Let him fucking waste money on Uber. And then he's
7    going to, he's going to hit you up like alright fuck it. You know.

8

9    LL – Yea. Yea.

10

11    CJ – Yea. So just don't even mention it to him (OV)

12

13    LL – Yea.

14

15    CJ – Don't mention it to him. Ummm.

16

17    LL – I'm happy I'm talking to you. I was so stressed out yesterday. I couldn't sleep. I was tossing
18    and turning. I wrote you a letter. And then I was still right there. And then I was like what the hell.

19

20    CJ – Ah okay. Okay.

21

22    LL – I couldn't sleep. I didn't go to sleep until like probably like almost 3. 3:30.

23

24    CJ – Ah Okay. Okay. Okay. Yea well I was tossing and turning too.

25

26    LL – Hahaha.

27

28    CJ - Then I was like I'm going to call you as soon as they turn the phones on. You know.

29

30    LL- Ah yes. I was hoping you call me. Hahaha. I actually went to sleep, I actually dozed off I was
31    um looking through um, my pictures and then I started listening to your messages again. In the
32    little voices messages you used to send me.

33

34    CJ – Yea.

35

36    LL – Hahaha. I started (OV)

37

38    CJ – Ah okay.

39

40    LL - And it help me go to sleep.

41

42    CJ – Did you get my letter yet?

43

**UNCLASSIFIED**

File Number:  August 23 2023 – 08:41:06

1  LL – Hearing your voice. I said I was listening to the little voice messages you were, you used to
2  send me.
3
4  CJ – I heard that. (OV)
5
6  LL – You know.
7
8  CJ – Yea. I heard that part. I said did you get my letter yet?
9
10  LL – No I haven't got no letters baby.
11
12  CJ – Alright. Well I just barely send it like a day ago. So probably by tomorrow.
13
14  LL – Okay.
15
16  CJ – Or today.
17
18  LL – Okay.
19
20  CJ – Yea.
21
22  LL – And uh, What about the big envelope they didn't give it to you?
23
24  CJ – What big envelope?
25
26  LL – Nothing?
27
28  CJ – Old stamps? No.
29
30  LL – Yea. With the envelope at least.
31
32  CJ – No but they will let me know. If it got returned. So I'm telling you this dude locked down the
33  program yesterday so we didn't get no mail yesterday. But.
34
35  LL – Oh yea.
36
37  CJ – But today they should let me know so I'll let you know if they send them back or if I got them
38  or what.
39
40  LL – Okay. Okay.
41
42  CJ – Alright.
43
44  LL – Yes. So that's it. We're like officially. Hahaha.

6
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  August 23 2023 – 08:41:06

CJ – Haha. Yea well we're officially and then when I get out then I'll give you uh a proper wedding.

LL – Alright. Hahaha.

CJ – Hahaha. (UI)

LL – I went in um. I did I did went in uh got me a ring.

CJ – Okay.

LL – Um from um um.

CJ – It's going to cut off.

LL – Okay.

CJ – I'll talk to you later okay.

LL – Okay my love. I love you so much.

CJ – Alright babe I love you too.

LL – I love hearing your voice.

CJ – Alright I love you too. Um

LL – It makes me so happy. Hahaha You're the happiness to my day daddy. I love you.

CJ – Me too. I'll call you in a bit alright.

LL – Okay daddy.

CJ – Just. I'm just going to work out for a bit then I'll call you later.

LL – Okay my love.

CJ – Alright baby.

**[End of recording 00:11:17]**

**UNCLASSIFIED**

EXHIBIT 10

**UNCLASSIFIED**

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CA  90024

| | |
|---|---|
| Requesting Official(s) and Office(s): | (SA Seamus Kane), Los Angeles |
| File Number: | |
| Disc Number (Section): | September 9 2023, 08:41:34 |
| Transcriber(s) and Office/RA: | (OST's Patricia Calvo), Los Angeles |

**VERBATIM TRANSCRIPTION**

**Participants**

**LL**

**CJ -** Bizzy

**Abbreviations**

| | |
|---|---|
| Primary language: | (standard) English |
| *Secondary Language*: | (italics) *Spanish* |
| UI: | Unintelligible |
| OV: | Overlapping Voice |

**UNCLASSIFIED**

September 9 2023 08:41:34

1    [Beginning of recording 00:03:20]
2
3    LL – That's about it. Uh and she was the one who wanted me to ask you umm. If uh, if it's okay I
4    can take care of (UI) Ummm her little friends bowling party. It's the , the little girl that used to
5    live in the back. You hear me?
6
7    CJ – I hear you. Where's it at?
8
9    LL – (UI) Um, it's at a bowling, at a bowling place. Somewhere around, around here.
10
11   CJ – Whose all going to be there though?
12
13   LL – Well it's going to be uh the little girl in the back, her mom and uh what you call it her family.
14   Like her.
15
16   CJ – Yea but she has a lot of, she has a big family with a bunch of strangers I seen them hanging
17   out right there. Like a bunch of niggas that are strangers.
18
19   LL – The lady in the back. No. That's the ones down stairs. Babe. (OV)
20
21   CJ – (UI) The one that fucking got her shit set on fire.
22
23   LL – Yea.
24
25   CJ – Exactly. Yea. So she got her crazy ass fucking ex-boyfriend trying to burn her house down
26   nigga. I don't know what kind of company is going to be around her. She could go but what if she
27   what are you asking if you can be right there?
28
29   LL – She wanted me to ask you if I can go with her. Yes I told her I would drop her off. And and
30   I will leave Bastin with her. But she wanted me to ask you if I can go with her.
31
32   CJ – No. No you can't.
33
34   LL – Okay that's fine. I told her.
35
36   CJ – Yea. Because.
37
38   LL – I told her.
39
40   CJ – Yea. Naw I don't know. I don't know. Who her family is. All I do know is that her fucking
41   ex- boyfriend tried to burn her house down. So no.
42
43   LL – Hahaha.
44
45   CJ – Haha.
46

2
**UNCLASSIFIED**

September 9 2023 08:41:34

1   LL – He's going to try to burn the alley down haha. It's vulgar.
2
3   CJ – He's going to drive fucking throwing fucking at. Like fucking cocktails at you guys and shit
4   like your (OV)
5
6   LL – (UI) No well that's why she moved from here because you know she got a restraining order
7   on him and stuff.
8
9   CJ – Yea.
10
11  LL – And to get away from him.
12
13  CJ – But still naw. I don't know. I don't know.
14
15  LL – Yea.
16
17  CJ – No.
18
19  LL – Yea. She's like ask (UI) I was like I already know he's going to tell me no. So you're going
20  by yourself. Hahaha.
21
22  CJ – Right. But even so you shouldn't let her go by herself tell Bash or one of the boys.
23
24  LL – Well yea. Well Bash is like (UI)
25
26  CJ – Yea tell one of the boys to go with her.
27
28  LL – Yea. Yea.
29
30  CJ – You know. I mean unless it's just her her the mom to to. You know but I wouldn't.
31
32  LL – Yea, no. Yea. Yea and um my dad called me yesterday and he wanted me ask me if I could
33  help him move his car. Well the boys if I can take the boys over there to help him move his car.
34  He says that he needs help I'm pushing in out.
35
36  CJ – Yea.
37
38  LL – Then he told me not. He told me not until like around 3.
39
40  CJ – Okay.
41
42  LL – Yea. I forgot. Yea he told me yesterday and told me that.
43
44  CJ – Yea.
45

3
**UNCLASSIFIED**

September 9 2023 08:41:34

1   LL – He gets out of work. He gets out of work at two. And he wants me to go help him. Well not
2   me the boys help him push the car.
3
4   CJ – Yea well take the boys over there.
5
6   LL – Huh?
7
8   CJ – Yea well drop the boys off.
9
10  LL – Well yea. That's what I'm saying.
11
12  CJ – Yea drop the boys off. And then go back home.
13
14  LL – Yes. Do I want to be here at home daddy?
15
16  CJ – (UI) (OV)
17
18  LL – You here with me.
19
20  CJ – Haha.
21
22  LL – I miss you so much.
23
24  CJ – Me too.
25
26  LL – I listen to your. Your little messages you sent me. Hahah. And recording.
27
28  CJ – Yea. What is.
29
30  LL – Some of them are angry.
31
32  CJ – Haha.
33
34  LL – Some of them are short. Some of them are happy.
35
36  CJ – Ahh okay. (UI)
37
38  LL – I like the one where you tell me you love me and
39
40  CJ – Well just listen to the happy ones then.
41
42  LL – Okay. Well I don't know which one is which. I just go and get on it haha.
43
44  CJ – Ha. Well erase the ones that are not so happy.
45
46  LL – Okay.

4
**UNCLASSIFIED**

September 9 2023 08:41:34

1
2    CJ – That way you can only hear daddy's happy voice. You know.
3
4    LL – Yes. Yes. So I told you um I got the certificate.
5
6    CJ – Ahm. Yea so what's the problem?
7
8    LL – Um nothing. I have to, I have to put uh like a date like when we… you know. Got married.
9
10   CJ – Yea well fucking you figure that out.
11
12   LL – Well yea. I put I put yesterday. Because I think yesterday haha. So
13
14   CJ – I think you need to (UI)
15
16   LL – I put yesterday and your assistance
17
18   CJ – How you do it before?
19
20   LL – No it doesn't because I I bought the certif.. when I bought the certificate.
21
22   CJ – Alright well whatever.
23
24   LL - I have to put.
25
26   CJ – I just
27
28   LL – I have to put.
29
30   CJ – (UI) I don't want it to be (UI) Like how is that possible. But whatever you figure it out babe
31   and just put it in so you can come see daddy and give me a big kiss. I was going to ask the Marshal
32   yesterday too. (OV)
33
34   LL – Yes.
35
36   CJ – I was going to ask him like hey uh. He was cool, he was cool.
37
38   LL – Yea.
39
40   CJ – Uh. So he probably would've let us you know a little kiss or something. But
41
42   LL – You should've of. Hahaha.
43
44   CJ – Next time.
45

5
**UNCLASSIFIED**

September 9 2023 08:41:34

LL – He seemed like he was cool in the pictures (UI) got of you. Hahaah. He's like he's like just looking with a little smerk on his face. Hahah

CJ – Haha. Yea he has (UI). Hey uh is that your wife over there? He's like she can't be recording. He's um I'm going to go tell her. He's I'm going to tell her she can't record. So I was like alright. So I guess he went to go tell you something I don't know. I don't know if he did.

LL – Yea.

CJ – And then.

LL – Yea. He did.

CJ – Seen you. When he seen you doing it again he. He was kind of like whispering (OV)

LL – He.

CJ – He's like yo, he's like no you can't do that hahaha.

LL – Hahaha. And as I was walking out I was like click click click. Haha.

CJ – Yea.

LL – I get a lot of pictures of you.

CJ – Yea he was like. Yea he was like oh damn I hope she doesn't post that. And I was like nah she don't even have social media. He was like oh okay. I was like alright.

LL – He's like I'm going to get in trouble. Hahah. He's like I'm in the picture I'm going to get in trouble.

CJ – Yea. Yea that's what it sounded like. Yea he was like ah man I hope she doesn't post it. I was like nah.

LL – Yea. Yea. Because in the in the pictures you can see him right there standing there smirking with you like on the side of you too.

CJ – Hahah.

LL – He like, He was pos – He like moved away out the picture but at the same time he looked me smiled. Hahah. Yea.

CJ – Yea.

LL – That was so funny. Ohhh I want to kiss you so bad I wanted climb over there and just run and hug you. And kiss you all over daddy. All over. Head to toe.

6
**UNCLASSIFIED**

September 9 2023 08:41:34

CJ – (UI) They said I have court again on the 4th.

LL – You have on the 4th?

CJ – Yea. So on the 4th uh maybe I'll ask them see if we can. Let us know too.

LL – Okay.

CJ – So if what, got to fill out the certificate and turn it in. Maybe we can get a visit before because I think it takes like 2-3 days to get approved.

LL – Alright. Yea. So I'm going to going to um.

CJ – Well. (OV)

LL – I'm going to mail it in.

CJ – The phone is going to cut off. So explain it later.

LL – Okay love. Okay daddy I love you.

CJ – I'm going to call you later around 3 after you drop off the boys to your dad.

LL – Okay daddy.

CJ – Alright.

LL – Okay my love.

[End of recording 00:11:08]

**UNCLASSIFIED**

EXHIBIT 11

**UNCLASSIFIED**

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CA  90024

Requesting Official(s) and Office(s):          (SA S. Kane), Los Angeles

File Number:

Disc Number (Section):          Whatsapp August 2, 2023 from Celerino Jaramillo
                                                                                Aka Bizzy

Transcriber(s) and Office/RA:          (OST's Patricia Calvo), Los Angeles

**VERBATIM TRANSCRIPTION**

| **Participants** | **Abbreviations** | |
|---|---|---|
| | Primary language: | (standard) English |
| **CJ -** Bizzy | *Secondary Language*: | (italics) *Spanish* |
| | UI: | Unintelligible |
| | OV: | Overlapping Voice |

**UNCLASSIFIED**

Whatsapp

[Beginning of recording 00:00:00]

CJ- Even when the homie "Nerd" was out, nobody really knew "Nerd" like that fool… So his clique, they didn't really fuck with him like that, you know? And uh yea for for years fools, I've ben out of almost three years fool… The 64s are very disorganized fool, you know? They don't have no leaders um most of the fools running around the streets are a little you know they're at the phase where they're getting high and the dopes got the best of them. So dile dile like hey fucking uh just so you know, the homie said this and and you know maybe he can uh get in contact with the homies that are out here and and put a little bit of structure fool you know? Because as of right now the 64s report to me homie. I'm running the 64s homie and I'm from the Jokers homie. Hahah. Yea fool, we just courted out some fool from the 64s the other day. That fool fucking had a "check" coming, and he fucking pulled out a "chopper" on us, you know? And then he fucking jumped in the car, boned out, we chased him, that fool crashed his car, we yanked him out the car and be the fucking brakes out of that fool, dog. And uh yea, he's not from the hood no more, we gave him his court out right then and there. I don't know if he knows that because we "slept his ass." So when he woke up, I don't know if he knew what was going on, but he woke up in the hospital, and I told all the homies from his clique, the ones that are out here, I told them if you run into him let him know. He's not from the hood no more. Tell him to fucking pack his shit and get the fuck out of here, we don't want to see him around here, you know?

[End of recording 00:00:00]

2
**UNCLASSIFIED**

EXHIBIT 12

```
Start Time: 6/28/2023 12:45:12 PM(UTC-7)
Last Activity: 7/10/2023 12:28:48 AM(UTC-7)
Participants: 12137517628@s.whatsapp.net Shorty Gs, 17145070242@s.whatsapp.net Fred
From: System Message System Message
Timestamp: 6/28/2023 12:45:12 PM(UTC-7)
Source App: WhatsApp
Body:
🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not
even WhatsApp, can read or listen to them. Tap to learn more
----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 6/28/2023 12:45:15 PM(UTC-7)
Source App: WhatsApp
Body:
New line ma boy. Biz
----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
Timestamp: 6/29/2023 8:00:09 AM(UTC-7)
Source App: WhatsApp
Body:
What's good my boy my bad on the delay had to run to Victorville by I'll be
shooting that soon
----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 6/29/2023 12:44:41 PM(UTC-7)
Source App: WhatsApp
Body:
Ok
----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
Timestamp: 6/30/2023 3:52:51 AM(UTC-7)
Source App: WhatsApp
Body:
My nigga I 700 right now I'm out of work can I get half a p
----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
Timestamp: 6/30/2023 3:53:23 AM(UTC-7)
Source App: WhatsApp
Body:
Lmk asap
----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
Timestamp: 6/30/2023 4:03:24 AM(UTC-7)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_17145070242@s.whatsapp.net\attachments80\IMG-20230630-WA0000.jpg
Body:

----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
```

```
Timestamp: 6/30/2023 4:03:52 AM(UTC-7)
Source App: WhatsApp
Body:
700 plus this
-----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 6/30/2023 12:42:30 PM(UTC-7)
Source App: WhatsApp
Attachments:
#1:
chats\WhatsApp_17145070242@s.whatsapp.net\attachments80\bd1b63d0b4064f41903a2c96f48
8d3c8.opus
Body:

-----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 6/30/2023 12:42:39 PM(UTC-7)
Source App: WhatsApp
Attachments:
#1:
chats\WhatsApp_17145070242@s.whatsapp.net\attachments80\af413fae8f0f416fb226a0d182b
f017e.opus
Body:

-----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
Timestamp: 6/30/2023 5:28:54 PM(UTC-7)
Source App: WhatsApp
Body:
What's the cash app sensa I ko
-----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
Timestamp: 6/30/2023 5:29:04 PM(UTC-7)
Source App: WhatsApp
Body:
Just got up
-----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 6/30/2023 5:29:39 PM(UTC-7)
Source App: WhatsApp
Body:
$lynette2686
-----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
Timestamp: 6/30/2023 5:29:48 PM(UTC-7)
Source App: WhatsApp
Body:
Got u
-----------------------------
From: 12137517628@s.whatsapp.net Shorty Gs
```

EXHIBIT 13

```
Start Time: 7/11/2023 1:25:35 AM(UTC-7)
Last Activity: 8/2/2023 3:08:50 PM(UTC-7)
Participants: 14422956667@s.whatsapp.net Shorty Gs New, 17145070242@s.whatsapp.net
Fred
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/11/2023 1:25:35 AM(UTC-7)
Source App: WhatsApp
Body:
My other phone broke
----------------------------
From: System Message System Message
Timestamp: 7/11/2023 1:25:37 AM(UTC-7)
Source App: WhatsApp
Body:
🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not
even WhatsApp, can read or listen to them. Tap to learn more
----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/11/2023 8:19:35 AM(UTC-7)
Source App: WhatsApp
Body:
This shorty
----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/11/2023 8:19:42 AM(UTC-7)
Source App: WhatsApp
Body:
What good
----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/11/2023 8:27:45 AM(UTC-7)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_17145070242@s.whatsapp.net\attachments47\IMG-20230711-WA0007.jpg
Body:

----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/11/2023 8:28:14 AM(UTC-7)
Source App: WhatsApp
Body:
Want these
----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 7/11/2023 11:40:41 AM(UTC-7)
Source App: WhatsApp
Attachments:
#1:
chats\WhatsApp_17145070242@s.whatsapp.net\attachments47\912cce9298ec4a87a5c8f851357
483f4.opus
```

Body:

----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/11/2023 3:27:32 PM(UTC-7)
Source App: WhatsApp
Body:
Ok
----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/12/2023 4:00:22 PM(UTC-7)
Source App: WhatsApp
Body:
Whats good my boy
----------------------------
From: System Message System Message
Timestamp: 7/12/2023 4:00:27 PM(UTC-7)
Source App: WhatsApp
Body:
Outgoing call from Fred (17145070242@s.whatsapp.net owner)
----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/12/2023 4:00:30 PM(UTC-7)
Source App: WhatsApp
Body:
I'll have that for u
----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/14/2023 7:38:02 PM(UTC-7)
Source App: WhatsApp
Body:
Whats good
----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 7/14/2023 7:41:14 PM(UTC-7)
Source App: WhatsApp
Body:
What up
----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/14/2023 7:42:38 PM(UTC-7)
Source App: WhatsApp
Body:
I lb for trigger
----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/14/2023 7:42:59 PM(UTC-7)
Source App: WhatsApp
Body:
I got 650 for you

```
-----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/14/2023 7:43:24 PM(UTC-7)
Source App: WhatsApp
Body:
So 650 plus what u charge for the p
-----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 7/15/2023 12:33:42 AM(UTC-7)
Source App: WhatsApp
Body:
My bad nigga just seen ur msg. I want a band for the p.. Tell em the ticket went up
everywhere so I'm doing em for 1k now. Until ticket goes back down. I'm sure it
will be soon but for now 1k.. u at home right now? I'll swing by for the 650. Or u
wanna cashapp it to me ?
-----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/15/2023 1:12:27 AM(UTC-7)
Source App: WhatsApp
Body:
Cash app u is that good
-----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 7/15/2023 1:12:57 AM(UTC-7)
Source App: WhatsApp
Body:
Cool
-----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 7/15/2023 1:37:27 AM(UTC-7)
Source App: WhatsApp
Body:
Let me know when it's sent
-----------------------------
From: 14422956667@s.whatsapp.net Shorty Gs New
Timestamp: 7/15/2023 1:39:52 AM(UTC-7)
Source App: WhatsApp
Body:
Same cashapp
-----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 7/15/2023 1:41:15 AM(UTC-7)
Source App: WhatsApp
Body:
$lynette2686
-----------------------------
From: 17145070242@s.whatsapp.net Fred (owner)
Timestamp: 7/15/2023 1:38:44 PM(UTC-7)
Source App: WhatsApp
Body:
```